**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO TORRES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LELAND MCEWEN, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 10-0170 RSWL (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 7, 2011

　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1